*Mortimer C. O'Brien* for appellant.

*Arthur Rowland, District Attorney (John M. Holzworth* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK A. DALEY, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued April 5, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Supreme Court, rendered October 16, 1925, at a Trial Term for the county of Westchester upon a verdict convicting the defendant of the crime of murder in the first degree.

*Frederick E. Weeks* for appellant.

*Arthur Rowland, District Attorney (John M. Holzworth* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE and LEHMAN, JJ. Not voting: ANDREWS, J.

---

JOHN CONNORS, Appellant, *v.* ROCKAWAY WHIRLPOOL Co., INC., Respondent.

LENA CONNORS, Appellant, *v.* ROCKAWAY WHIRLPOOL Co., INC., Respondent.

*Negligence — injury to woman riding in amusement device from striking bolt on fall to bottom of car — proximate cause.*

*Connors* v. *Rockaway Whirlpool Co., Inc.* (2 cases), 214 App. Div. 703, affirmed.

(Argued April 5, 1926; decided May 4, 1926.)

APPEAL in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 2, 1925, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The first action was to recover for loss of services of plaintiff's wife and expense occasioned from personal

injuries alleged to have been sustained by her through the negligence of defendant. The second was to recover for such personal injuries. The plaintiff, Lena Connors, while riding in a circular car in an amusement device called the " whirlpool " wherein the cars were caused to revolve on a circular metal platform, was thrown from her seat to the floor, striking her leg against a metal bolt which protruded through the floor about half an inch and causing the injury complained of. The trial court dismissed the complaints on the ground that the existence of the bolt was not the proximate cause of the injury.

*Barnett E. Kopelman* for appellants.

*George W. Tucker* for respondent.

Judgment, in each case, affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, ANDREWS and LEHMAN, JJ. Dissenting: POUND and CRANE, JJ.

---

In the Matter of the Application of the ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.

LUDWIG C. A. K. MARTENS, Appellant.

*Bail — former adjudication — deposit of bond in lieu of bail — denial by Supreme Court of two applications for return thereof — determinations a bar to renewed litigation of same issue.*

*Matter of Attorney-General (Martens),* 207 App. Div. 848, affirmed. (Submitted April 5, 1926; decided May 4, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1923, which affirmed an order of Special Term granting a motion to have declared forfeited a bond deposited by appellant herein with the sheriff of the county of New York, under a bailable attachment and directing the said sheriff to deliver the bond and attached coupons or their proceeds to the State Treasurer. Appellant having failed to appear before a legislative committee, pursuant to a subpœna, was arrested under a bailable attachment issued by a Supreme Court justice